# PD-0512-15

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

| | | |
|---|---|---|
| MARIO QUINTERO, #1878429, | § | IN THE COURT OF |
| Appellant/Petitioner, | § | |
| VS. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS, | § | |
| Appellee/Respondent. | § | OF TEXAS |

FILED IN
COURT OF CRIMINAL APPEALS

MAY 04 2015

Abel Acosta, Clerk

## APPELLANT'S MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Appellant Mario Quintero respectfully moves the Court for a 60-day extension of time, or until July 29, 2015, to file his Petition for Discretionary Review (PDR), as authorized by Tex.R.App.P. 10.5(b) and 68.2(c).

1. This case is presently pending in the Fourth Court of Appeals, San Antonio, Texas.

2. The style and number of the case is Mario Quintero v. The State of Texas, Appeal No. 04-13-00596-CR.

3. The style and number of the case in the trial court is The State of Texas v. Mario Quintero, Cause No. 11-07-10748-CR; from the 38th District Court of Medina County, Texas.

4. The date of the Court of Appeals' judgment is April 15, 2015.

5. The San Antonio Court of Appeals affirmed the conviction on April 15, 2015.

6. The present deadline for filing a PDR is May 15, 2015. The present deadline for filing a motion for extension of time to file a PDR under Tex.R. App.P. 68.2(c) is June 1, 2015.

7. The length of time requested for the extension is 60 days from the present deadline for filing a motion for extension of time to file a PDR under

Appellant's Motion for Extension of Time to File Petition for Discretionary Review - Page 1

Tex.R.App.P. 68.2(c).

8. The number of extensions previously granted regarding the item in question is none.

9. The facts relied upon to show good cause for the requested extension are:

a. Mr. Quintero was represented by court-appointed counsel during the appeal of this conviction to the Court of Appeals.

b. The trial court has not appointed counsel to file a PDR.

c. The legal and factual issues addressed by the Court of Appeals are complex, and Mr. Quintero cannot adequately prepare his PDR before the present deadline.

d. Mr. Quintero has no access to a copy machine and will have to mail the PDR home when complete to obtain copies for filing and service on opposing counsel.

e. Mr. Quintero needs additional time to either prepare and file the PDR pro se or to seek legal assistance for filing the PDR.

10. Mr. Quintero has neither the time nor the resources to ask opposing counsel whether he or she has any objections to this Motion. The granting of this Motion will not be prejudicial to the State because it will not undo past executed effects of the judgment.

WHEREFORE, Appellant Mario Quintero respectfully moves the Court for a 60-day extension of time, or until July 29, 2015, to file his Petition for Discretionary Review, as authorized by Tex.R.App.P. 10.5(b) and 68.2(c).

SUBMITTED and SUBSCRIBED on this the **29** day of **April**, 2015.

Respectfully submitted,

*Mario J. Quintero*
Mario Quintero, Pro Se
TDCJ-CID #1878429
Connally Unit
899 FM 632
Kenedy, Texas 78119

## DECLARATION

"I, Mario Quintero, TDCJ-CID #1878429, presently incarcerated in the Texas Department of Criminal Justice Correctional Institutions Division at the Connally Unit in Karnes County, Texas, declare under penalty of perjury under Chapter 132 of the Texas Civil Practice and Remedies Code and 28 U.S.C. § 1746, that the facts stated in this Motion for Extension of Time are true and correct and that I placed this Motion for Extension of Time in the prison mailbox on this date.

"Executed on this the 29 day of April , 2015."

*Mario J. Quintero*
Mario Quintero

## CERTIFICATE OF SERVICE

I certify that on this the 29 day of April , 2015, I served the following parties with a true and correct copy of this Motion for Extension of Time by U.S. mail through the prison mailbox in a postpaid package to the addresses written below:

Medina County District Attorney's Office
3102 Avenue G
Hondo, Texas 78861

State Prosecuting Attorney
P.O. Box 13046
Capitol Station
Austin, Texas 78711

*Mario J. Quintero*
Mario Quintero